NEW YORK TELEPHONE COMPANY, Appellant, *v.* NEW YORK CITY TUNNEL AUTHORITY, Respondent.

Argued November 22, 1943; decided January 6, 1944.

*Irving W. Young, Carl M. Abromeit, Earle M. Simonson, Hugh N. Wells* and *Charles T. Russell* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel* (*Paxton Blair* and *Alfred D. Jahr* of counsel), for respondent.

Judgment affirmed, with costs; no opinion. See *Matter of Young* v. *Kracke* (262 App. Div. 67, affd. 287 N. Y. 634, reargument denied, 287 N. Y. 754); *Bachmann* v. *New York City Tunnel Authority* (263 App. Div. 945, appeal dismissed, 288 N. Y. 707).

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.